# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Jennifer Ann Cunningham  
<u>Debtor(s)</u>

CHAPTER 7

BKY. NO. 25-22498 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Matthew Fissel*  
Matthew Fissel  
06 Oct 2025, 09:05:51, EDT

Denise Carlon, Esq. (317226) ☐  
Matthew Fissel, Esq. (314567) ☑  
KML Law Group, P.C.  
BNY Mellon Independence Center  
701 Market Street, Suite 5000  
Philadelphia, PA 19106  
412-430-3594  
bkgroup@kmllawgroup.com